UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TITO IBRAHIM BARSOUM ISHAK,<br>    Petitioner/Plaintiff<br>v.<br><br>JOHN ASHCROFT, Attorney General;<br>MICHAEL GARCIA, Assistant Secretary of the<br>Bureau of Immigration and Customs Enforcement;<br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>U.S. BUREAU OF IMMIGRATION AND CUSTOMS<br>ENFORCEMENT;<br>STEVEN J. FARQUHARSON, Interim Director<br>U.S. Bureau of Immigration and Customs Enforcement;<br>    Respondents/Defendants | CIVIL ACTION NO. |

## PETITIONER'S EMERGENCY MOTION FOR STAY OF REMOVAL

Now comes the Petitioner/Appellant, Tito Ibrahim Barsoum Ishak A78-231-710, through his attorney, Anthony Drago, Jr. of 35 India Street, Boston, Massachusetts, and hereby moves that this honorable court issue an emergency order staying the removal of the Petitioner from the United States pending the outcome of this case. The stay is requested on an emergency basis because the Respondents have taken the Appellant into custody and his removal from the United States is currently scheduled for January 24, 2004. In support of this Motion, and the need for a ruling on an emergency basis, the Petitioner has filed a Petition for Writ of Habeas Corpus and relies on the facts and law stated therein.

1

## REQUEST FOR HEARING

The Petitioner requests a hearing on this Motion on an emergency basis prior to January 24, 2004.

Respectfully submitted,
Tito Ibrahim Barsoum Ishak
By his attorneys,

_____
Anthony Drago, Jr., Esq.
Cynthia Vega, Esq.
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

TITO IBRAHIM BARSOUM ISHAK, )
    Petitioner/Plaintiff )
    v. )
)
JOHN ASHCROFT, Attorney General; )
MICHAEL GARCIA, Assistant Secretary of the )
Bureau of Immigration and Customs Enforcement; )
U.S. DEPARTMENT OF HOMELAND SECURITY; )
U.S. BUREAU OF IMMIGRATION AND CUSTOMS )
ENFORCEMENT; )
STEVEN J. FARQUHARSON, Interim Director )
U.S. Bureau of Immigration and Customs Enforcement;)
    Respondents/Defendants )

## CERTIFICATE OF SERVICE

I, Anthony Drago, hereby certify that on the 20th day of January, 2004, I served a copy of the attached Complaint for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus (with Stay of Deportation) and Emergency Motion for Stay of Removal and Request for Hearing upon the following service list:

Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Frank Crowley, Esq.
Department of Homeland Security
Office of the District Counsel
JFK Federal Bldg. - Room 425
Boston, MA 02203

Said service was made in hand.

Anthony Drago, Esq.

1