# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CASE NO. __CA 04-10124__

__Ishak__        __US__
**PLAINTIFF**        **DEFENDANT**

_____     _____
**COUNSEL FOR PLAINTIFF**     **COUNSEL FOR DEFENDANT**

JUDGE _____ CLERK _____ REPORTER _____

## CLERK'S NOTES

DATE: 1/23/04

Hrg on Petitioner's Motion for Habeas Corpus Vacate Order of Deportation

After hearing the court Denies Petition for lack of jurisdiction