# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10124-wgy</u>

**TITO IBRAHIM BARSOUM ISHAK**
Plaintiff

v.

**ASHCROFT, ET AL**
Defendant

## ORDER OF DISMISSAL

**YOUNG, C.J.**

The court hereby Dismisses this action for lack of subject matter jurisdiction.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

January 23, 2004

To: All Counsel