FILED
IN CLERKS OFFICE **UNITED STATES COURT OF APPEALS**
                 **FOR THE FIRST CIRCUIT**

2004 JAN 23 P 3: 22

DISTRICT COURT

**CIVIL ACTION NO.** 04-10124-WGY

| | |
|---|---|
| **TITO IBRAHIM BARSOUM ISHAK,** | ) |
|     **Appellant** | ) |
|     v. | ) |
| | ) |
| **JOHN ASHCROFT, Attorney General;** | ) |
| **MICHAEL GARCIA, Assistant Secretary of the** | ) |
| **Bureau of Immigration and Customs Enforcement;** | ) |
| **U.S. DEPARTMENT OF HOMELAND SECURITY;** | ) |
| **U.S. BUREAU OF IMMIGRATION AND CUSTOMS** | ) |
| **ENFORCEMENT;** | ) |
| **STEVEN J. FARQUHARSON, Interim Director** | ) |
| **U.S. Bureau of Immigration and Customs Enforcement;)** | |
|     **Appellees** | ) |

**NOTICE OF APPEAL**

The Appellant, Tito Ibrahim Barsoum Ishak A78-231-710, hereby appeals the order of

the U.S. District Court dated January 23, 2004 that dismissed his Petition for Writ of Habeas

Corpus based on lack of subject matter jurisdiction. The Appellant brings this appeal with a

request for a stay of removal **on an emergency basis** (as set forth in the attached Motion) to

prevent the Respondents from removing the Appellant from the United States on January 24,

2004. By this appeal the Appellant seeks an order remanding the case to the U.S. District Court

with an order that the court has jurisdiction to review the merits of the Appellant's claim that his

rights under the due process clause of the Fifth Amendment to the United States Constitution and

under applicable Federal law were violated. The Appellant asserts that the U.S. District Court

has jurisdiction in Habeas Corpus proceedings to review the decision from the U.S. Immigration

Judge and the decisions of the Board of Immigration Appeals ordering his removal from the

United States based on the fact that the Appellant has raised a colorable claim of constitutional

1

violations in the District Court and that court has jurisdiction to hear such claims. (A copy of the

Order from the U.S. District Court is attached hereto as Exhibit A).

**WHEREFORE**, Petitioner respectfully prays this Honorable Court to:

a.  Assume jurisdiction over this matter;

b.  Issue an **immediate** Stay of Removal pending the resolution of this Appeal thereby

preventing the Appellees from removing the Appellant from the United States pending

further order of the Court in these proceedings;

c.  Declare the Order of the U.S. District Court in error and reverse the decision by

remanding the case to the U.S. District Court in Boston, Massachusetts for further

proceedings on the Appellant's Petition for Writ of Habeas Corpus;

d.  Award reasonable costs and attorney's fees; and

e.  Grant such further relief as to the Court deems just and proper.


**Respectfully submitted,**
**Tito Ibrahim Barsoum Ishak**
**By his attorneys,**

**Anthony Drago, Esq.**
**Cynthia Vega, Esq.**
**Anthony Drago, Jr., P.C.**
**35 India Street**
**Boston, MA 02110**
**(617) 357-0400**

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action**
**No: 04-10124-wgy**

### TITO IBRAHIM BARSOUM ISHAK
**Plaintiff**

**v.**

### ASHCROFT, ET AL
**Defendant**

## ORDER OF DISMISSAL

**YOUNG, C.J.**

The court hereby Dismisses this action for lack of subject matter jurisdiction.

**By the Court,**

**/s/ Elizabeth Smith**

_____
**Deputy Clerk**

**January 23, 2004**

**To: All Counsel**

- *A* -