UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

CIVIL ACTION NO. 04-7032515W6Y

TITO IBRAHIM BARSOUM ISHAK, )
    Appellant )
v. )
)
JOHN ASHCROFT, Attorney General; )
MICHAEL GARCIA, Assistant Secretary of the )
Bureau of Immigration and Customs Enforcement; )
U.S. DEPARTMENT OF HOMELAND SECURITY; )
U.S. BUREAU OF IMMIGRATION AND CUSTOMS )
ENFORCEMENT; )
STEVEN J. FARQUHARSON, Interim Director )
U.S. Bureau of Immigration and Customs Enforcement; )
    Appellees )

## CERTIFICATE OF SERVICE

I, Anthony Drago, hereby certify that on the 23rd day of January, 2004, I served a copy of the attached Notice of Appeal and Emergency Motion upon the following service list:

Frank Crowley, Esq.
Neil Cashman, Esq.
U.S. Department of Homeland Security
Office of the District Counsel
JFK Federal Bldg. – Room 425
Boston, MA 02203

Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Said service was made on the above referenced Appellees in hand.

Anthony Drago, Esq.