# United States Court of Appeals
## For the First Circuit

No. 03-2736

A78 231- 710

**MANDATE**

TITO IBRAHIM BARSOUM ISHAK,
Petitioner,

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL,
Respondent.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: OCT 2 8 2005

No. 04-1138

04-10124

J. Young

TITO IBRAHIM BARSOUM ISHAK,
Petitioner, Appellant,

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL, ET AL.,
Respondents, Appellees.

**JUDGMENT**

Entered: September 6, 2005

This cause came on to be heard on appeal from the United States District Court for the District Massachusetts and on a petition for review of an order of the Board of Immigration Appeals, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of Tito Ibrahim Barsoum Ishak's petition for habeas corpus for lack of subject matter jurisdiction is affirmed. The petition for review of the Board of Immigration's order denying the motion to reconsider is denied, and the petition for review converted from the habeas corpus petition is denied.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Drago Ms. Vega, Mr. Bernal, Mr. Farquharson, Ms. Redfern, Ms. O'Malley, Mr. Crowley, Mr. Molina & Mr. Cashman.]